

FILED
HARRISBURG, PA
FEB 25 2025
PER _____ DEPUTY CLERK

MARQUIS JOHNSON
1371 N. WASHINGTON Ave
SCRANTON P.A 18509

3:25-CV-00328

PETER J. WELSH, ESQ
US CLERK OF COURT
SYLVIA H RAMBO, U.S COURTHOUSE
1501 NORTH 6TH STREET, SUITE 101
HARRISBURG, P.A 17102

CIVIL COVER SHEET
AND
COMPLAINT

1. PLAINTIFFS: MARQUIS H JOHNSON
A) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:
LACKAWANNA, COUNTY, PENNSYLVANIA

DEFENDANTS: JAMES PETRUCCI, DET. ZACH. ADA ANDREW LAYTON KROWIAK
A) COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANTS:
LACKAWANNA, COUNTY, PENNSYLVANIA

2. JURISDICTION: PLAINTIFF, MARQUIS JOHNSON IS A CITIZEN OF THE STATE
    DEFENDANTS ARE CITIZEN OF THE STATE

3. CITIZENSHIP OF PRINCIPAL PARTIES:

A) PLAINTIFF: MARQUIS H JOHNSON CITIZEN OF THIS STATE.
B) DEFENDANTS: JAMES PETRUCCI, DET ZACH, A.D.A ANDREW LAYTON KROWIAK ARE CITIZEN OF THIS STATE.

4. NATURE OF SUIT: CIVIl RIGHTS VIOLATIONS 440, 1983 & VIOLATION OF THE PLAINTIFF CONSTITIONAl RIGHTS.

5. ORIGIN: ORIGINAl PROCEEDINGS:

6. CAUSE OF ACTION:
A) MENTAl ANGUISH, PTSD, HIGH ANXIETY
B) DET. PETRUCCI forcefully STUCK HIS HAND UNlAWfully IN MY RECTRUM. VIOlATION OF PLAINTIFF DUE PROCESS AND ASSUlT.

7. REQUESTED IN COMPlAINT: DEMAND $1,000,000 AND JURY TRAIl.

SIGNATURE
*Marquis Johnson*
MARQUIS JOHNSON
02/15/2025

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COMPLAINT

1. THE PLAINTIFF, MARQUIS H JOHNSON A CITIZEN OF THE COUNTY OF LACKAWANNA STATE OF PENNSYLVANIA, RESIDING AT 1511 N. WASHINGTON AVE, SCRANTON PA 18509. WISHES TO FILE A COMPLAINT UNDER CIVIL RIGHTS VIOLATIONS 440 AND 1983 VIOLATIONS OF CONSTITUTIONAL RIGHTS.

2. THE DEFENDANT ARE CITIZEN OF THE COUNTY OF LACKAWANNA STATE OF PENNSYLVANIA JAMES PETRUCCI, DET. ZACH ADA ANDREW LAYTON KROWIAH, ALL WORK FOR THE CITY OF SCRANTON, PENNSYLVANIA

3. STATEMENT OF CLAIM: ON 4/11/2024 PLAINTIFF, MARQUIS JOHNSON WAS APPORACH BY LACKAWANNA COUNTY DECTIVES JAMES PETRUCCI, DET ZACH AND SEVERAL MORE DECTIVES. AN WAS ILLEGALLY DETAINED WITHOUT A WARRENT AND TRANSPORTED TO L.C. DECTIVES HEADQUARTERS. AND DET. ZACH FORCEFULLY HELD DOWN PLAINTIFF, MARQUIS JOHNSON AND FORCEFULLY RIP OFF CLOTHING. AN

DET PETRUCCI PERFORMED A UNCONSTITUTIONAL CAVITY SEACH IN PLAINTIFF RECTUL. WHICH RESULTED IN MENTAL ANGUISH PREDICATED ON ABUSIVE FORCE BY S.P.D AND THESE ABUSIVE DEFENDANTS.

4 WHEREFORE, PLAINTIFF PRAYS THAT UNITED STATES DISTRICT COURT GRANTS RELIEF CAUSED BY DEFENDANTS CAUSE PERMANENT PHYSICAL AND MENTAL INCAPACITY, PAIN AND EMOTIUNAL DISTRESS, NIGHT TERRORS, ANXIETY, PTSD, PROFESSIONAL NEGLIGENCE, SEXUALY ASSAULT, UNLAWFUL, UNFAIR, RECKLESONESS BY ACTIORS ACTING UNDER COLOR STATE LAW WHO TAKE SWORN OATH TO UPHOLD CONSTITIONA

SIGNATURE
*Marquis Johnson*
MARQUIS JOHNSON
02/15/2025

Name: MARQUIS JOHNSON
Lackawanna County Prison
1371 N Washington Avenue
Scranton PA 18509-2840

HARRISBURG PA   171

20 FEB 2025  PM 4  L

RECEIVED
HARRISBURG, PA
FEB 25 2025
PER _____ DEPUTY

CONTENTS MAILED FROM CORRECTIONAL FACILITY

PETER J. WELSH, ESQ
US CLERK OF COURT
SYLVIA H RAMBO, U.S COURTHOUSE
1501 NORTH 6TH STREET, SUITE 101
HARRISBURG, P.A 17102